In the Matter of the Claim of ROMEO SANTO, Respondent, against SYMINGTON MACHINE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted November 20, 1933; decided November 22, 1933.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended so as to provide that the order is affirmed " with costs to the claimant and the State Industrial Board." (See 262 N. Y. 660; 263 N. Y. 663.)

In the Matter of the Claim of MARCUS BRENNAN, Respondent, against MACK INTERNATIONAL MOTOR TRUCK CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted November 20, 1933; decided November 22, 1933.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended so as to provide that the order is affirmed " with costs to the claimant and the State Industrial Board." (See 262 N. Y. 660; 263 N. Y. 663.)